IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Hangzhou Xinpeng Chuangyi Technology Co., Ltd.

Plaintiff,

v.

XIAO SHI and
X-Factory LLC

Defendants.

Case No. 26-cv-13190

---

**COMPLAINT**

---

Dated: October 27, 2026

Michael T. Griggs
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

***Attorney for Plaintiff***

Plaintiff Hangzhou Xinpeng Chuangyi Technology Co., Ltd. brings this Complaint against Defendants XIAO SHI and X-Factory LLC, and alleges as follows:

## THE PARTIES

1. Plaintiff Hangzhou Xinpeng Chuangyi Technology Co., Ltd. d/b/a Amourfor US (herein, "Amourfor") is a limited company organized under the laws of China having an address of Unit 04-05 16/F The Broadway No. 54-62 Lockhart Road, Wanchai, Hong Kong. Plaintiff operates an e-commerce storefront through Amazon.com under the Amazon store name Autzom.

2. Defendant XIAO SHI (herein, "Shi") is an individual who resides at 9435 Washington Blvd., Ste. B, Laurel, Maryland 20723.

3. Defendant X-Factory LLC is a limited liability company organized under the laws of Maryland having an address of 9435 Washington Blvd., Ste. B, Laurel, Maryland 20723, the same address as Shi. Shi is the registered agent for X-Factory LLC.

4. Defendants operate an e-commerce storefront through Amazon.com under the store name AutoTech Park.

## NATURE OF ACTION

5. This action is for declaratory judgment of noninfringement and/or invalidity pursuant the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, that Amourfor's folded sunshade does not infringe U.S. Pat. No. 12,576,697 ("the '697 Patent") and/or the '697 Patent is invalid or unenforceable, pursuant U.S. patent laws under 35 U.S.C. §§ 100, *et seq*.

6. This Court has original jurisdiction over this action pursuant the federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and pursuant 28 U.S.C. §§ 1331, 1332, and 1338(a).

7. This Court has personal jurisdiction over the Defendants because Defendants have conducted commercial activities directed toward this District, and the Defendants activities have caused Amourfor's property to be restrained in this District.

8. Venue is proper because Defendants' actions have caused a substantial part of Amourfor's property to be restrained within this District.

**FACTS**

9. Amourfor sells various versions of a foldable vehicle sunshade through its e-commerce storefront on Amazon.com.

10. Amourfor began selling its foldable sunshades in the U.S. in February of 2026.

11. Each version of Amourfor's foldable sunshades has the same design but have different dimensions to fit different vehicle models.

12. Each version of Amourfor's foldable sunshades is assigned a unique Amazon Standard Identification Number (ASIN) when sold through Amazon.com.

13. Defendants' e-commerce storefront, operating under the AutoTech Park name, sells competing foldable sunshades through Amazon.com.

14. On March 17, 2026, the United States Patent and Trademark Office ("USPTO") issued the '697 Patent to Shi. A copy of the '697 Patent is attached as Exhibit A.

15. On June 16, 2026, Shi assigned all rights, title and interest in and to the '697 Patent to X-Factory LLC.

16. The '697 Patent is entitled "REINFORCEMENT ELEMENT FOR SUN SHADES, BUCKLE RESISTANT SUN SHADES, SUN SHADES FOR VEHICLES, AND METHOD OF MAKING SAME" and generally claims to a foldable sunshade having a reinforcement member.

17. Representative drawings from the ‘697 Patent showing the claimed sunshade (20) and exemplary reinforcement member (46) are shown below.







18. Each independent claim of the ‘697 Patent recites “a reinforcement member” located in a “pocket” between sub panels “to provide stiffness to the sunshade such that when the sunshade is in the first, extended, in use, configuration and installed generally adjacent to an inner surface of the window of the vehicle the sunshade is resistant to buckling inwardly away from the inner surface of window.”

19. Amourfor’s foldable sunshade does not include any pocket between sub panels or any structure that could be considered a reinforcement member or the equivalent thereof.

20. Below is a CAD image of the Amourfor's foldable sunshade, demonstrating that Amourfor's foldable sunshade does not include any pocket between sub panels or any structure that could be considered a reinforcement member or the equivalent thereof.




21. Below is a photograph of a partially deconstructed foldable sunshade from Amourfor demonstrating that Amourfor's foldable sunshade does not include any pocket between sub panels or any structure that could be considered a reinforcement member or the equivalent thereof.



22. The Amourfor foldable sunshade additionally does not include a "seam" as claimed in the '697 Patent.

23. On or around May 2026, despite the fact that multiple essential claimed elements from the '697 Patent are missing from the Amourfor foldable sunshade, Defendants – through their AutoTech Park Amazon storefront – submitted multiple patent infringement takedown submissions through Amazon.com, alleging that Amourfor's foldable sunshade infringes the '697 Patent.

24. In response to Defendants' takedown submissions, Amazon deactivated the Amourfor product listings for the following ASINs, preventing Amourfor from selling its foldable sunshades on Amazon.com. These product listings remain deactivated.

| ASIN | Product Name |
|---|---|
| B0GZT49RQ6 | Windshield Sun Shade for Honda CRV 2023-2026, Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades - Honda CR-V Accessories |
| B0G71ZFBYN | Windshield Sun Shade for Toyota Tundra 2022-2026, Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Toyota Tundra Accessories |
| B0G7HZD94R | Windshield Sun Shade for Ram 1500 (2019-2026), Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Ram 1500 Accessories |
| B0G7HZZSQ4 | Windshield Sun Shade for Ram 1500 (2019-2026), Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Ram 1500 Accessories |
| B0G7MC8PB3 | Windshield Sun Shade for Ford Bronco 2021-2026, Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Ford Bronco Accessories |
| B0G72MHF5X | Windshield Sun Shade for Ford F150 (2021-2026), Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Ford F150 Accessories |
| B0GLFP9CDD | Windshield Sun Shade for Honda Civic 2022-2026, Custom-fit Windshield Cover, Keep Cool, Protect Dashboard, Foldable Car Window Shades – Honda Civic Accessories |
| B0G72XPLG5 | Windshield Sun Shade for Ford F150 (2015-2020), Custom-fit UV Blocking Windshield Cover, Foldable Car Window Shades, F150 Interior Cool Accessories |

| | |
|---|---|
| B0G7L1FZBN | Windshield Sun Shade for Toyota RAV4 2019-2025, Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Toyota RAV4 Accessories |
| B0GXL975W7 | Windshield Sun Shade for Toyota Tundra 2014-2021, Custom-fit Sunshade, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Toyota Tundra Accessories |
| B0G7K95TB7 | Windshield Sun Shade for Toyota Tacoma 2018-2023, Vehicle-Specific Design \| Precise Coverage Blocks Heat Keep Interior & Dashboard Cool Silver Coating Fast Set Up Travel Daily Commuting Custom-fit |
| B0G71VMCYH | Windshield Sun Shade for Toyota Tundra 2014-2021, Custom-fit Windshield Cover, Keep Vehicle Cool, Protect Dashboard, Foldable Car Window Shades – Toyota Tundra Accessories |

25. Due to Defendants' takedown submissions, a substantial amount of inventory of Amourfor's foldable sunshades is trapped in Amazon warehouses, unable to be sold.

26. At least some of the inventory that is trapped in Amazon warehouses is located in warehouses in the Chicago area.

27. Amourfor has been subjected to increasing storage fees for its inventory trapped in Amazon warehouses.

28. If the trapped inventory remains in Amazon's warehouses beyond a certain period of time, it is Amazon's policy to destroy all said inventory, leaving Amourfor's inventory at risk of being destroyed.

29. Amourfor attempted to resolve this issue outside of this action by sending letters to Amazon, which is attached as Exhibit B, and to Shi, which is attached as Exhibit C.

30. Despite the letter to Shi expressly stating that Amourfor's product does not include essential elements claimed in the '697 Patent, Defendants have maintained their takedown submissions and Amourfor's product listings remain deactivated.

31. Before submitting the Amazon takedown submissions, based on information and belief and Defendants' own experience with Amazon.com, Defendants knew or should have

known that Amourfor had entered into a contract with Amazon to sell its products on the platform.

## COUNT I – DECLARATORY JUDGMENT OF NONINFRINGEMENT

32. Amourfor realleges and incorporates by reference the allegations in the proceeding paragraphs.

33. Defendants raised an actual controversy by initiating Amazon takedown submissions alleging that Amourfor's foldable sunshades infringe at least one claim of the '697 Patent. As a result of Defendants' actions, Amourfor's product listings have been deactivated, so there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

34. Amourfor's foldable sunshades do not infringe the '697 Patent because Amourfor's foldable sunshades do not include every element recited in each independent claim of the '697 Patent.

35. For example, each independent claim of the '697 Patent recites "a reinforcement member" located in a "pocket" between sub panels "to provide stiffness to the sunshade such that when the sunshade is in the first, extended, in use, configuration and installed generally adjacent to an inner surface of the window of the vehicle the sunshade is resistant to buckling inwardly away from the inner surface of window."

36. Amourfor's foldable sunshades do not infringe the '697 Patent because its foldable sunshades do not include a "pocket" or a "reinforcement member," as recited by the claims.

**COUNT II – TORTIOUS INTERFERENCE WITH CONTRACT (IL LAW)**

37. Amourfor realleges and incorporates by reference the allegations in the proceeding paragraphs.

38. Amourfor entered into a contract with Amazon to sell its products on the Amazon platform.

39. Based on information and belief, Defendants knew or should have known that Amourfor entered into a contract with Amazon to sell its products on the Amazon platform.

40. Amourfor has been directly harmed by Defendants conduct, including, but not limited to, (i) the delisting of Amourfor's product listings, (ii) Amourfor being unable to sell its foldable sunshades through Amazon.com, (iii) a substantial amount of inventory being trapped at Amazon warehouses and being at risk of being destroyed, (iv) increased storage fees, and (v) the negative impact to Amourfor's Amazon Health Rating, which hurts Amourfor's sales of product listings that remain active.

41. Based on the letter from Amourfor and Defendants' own due diligence, Defendants knew or should have known that their Amazon takedown submissions had no justification based on patent infringement.

42. Due to Defendants' conduct, Amourfor's products were unjustifiably delisted by Amazon.

43. Defendants tortiously interfered with Amourfor's contract with Amazon by unjustifiably submitting Amazon takedown submissions based on patent infringement.

## REQUEST FOR RELIEF

WHEREFORE, Amourfor demands that judgment be entered in its favor and against Defendants as follows:

A. Adjudging that the making, use, offering for sale, selling, or importing of Amourfor's foldable sunshades does not infringe the '697 Patent.

B. Entering injunctive relief directing Defendants to withdraw its takedown submissions and to reinstate Amourfor's product listings.

C. Awarding Amourfor its damages, together with prejudgment interest, caused by Defendants' conduct.

D. Awarding punitive damages for Defendants' conduct.

E. Awarding Amourfor its reasonable attorneys' fees and costs.

F. Granting such other and further relief as the Court may deem appropriate.

## JURY DEMAND

Amourfor hereby demands a jury trial of all issues of fact not admitted by Defendants.

Dated: October 27, 2026

s/Michael T. Griggs

Michael T. Griggs
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

***Attorney for Plaintiff***